Mario **PEREZ**, Petitioner,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 04–73208.

United States Court of Appeals, Ninth Circuit.

Aug. 14, 2008.

Robert L. Lewis, Esquire, Law Office of Robert L. Lewis, Oakland, CA, for Petitioner.

Cindy S. Ferrier, Senior Litigation Counsel, Shelley Goad, Senior Litigation

Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, McKEOWN, and TALLMAN, Circuit Judges.

## ORDER

Petitioner's second motion to recall the mandate and reissue the disposition filed February 21, 2008, 267 Fed.Appx. 647, is GRANTED. The Clerk shall reissue the disposition forthwith. Petitioner has fourteen (14) days from the date this order is filed to file a petition for rehearing or a petition for rehearing en banc. No motions for time extensions will be considered.